**BIG APPLE INSTITUTE INC.**

| CHECK NO. | SOCIAL SECURITY NO. | EMPLOYEE NAME | NUMBER | 00591 | STATUS F S 01 S 01/01 | DEPT/CLASS | DATE |
|---|---|---|---|---|---|---|---|
| 346272 | ███████ | KRISTIANA SAVELLI | | | | BJE | 12/15/2016 |

| EARNINGS ||||| TAXES ||| MISCELLANEOUS DEDUCTIONS |||
|---|---|---|---|---|---|---|---|---|---|---|
| TYPE | $/hr | hrs | CURRENT | YTD | TYPE | CURRENT | YTD | TYPE | CURRENT | YTD |
| Gross Wages | | | 0.00 | 0.00 | MCWH | 29.94 | 204.88 | | | |
| ST | | | 1815.38 | 13630.76 | SSWH | 128.03 | 876.06 | | | |
| SICKDAY | | | 184.62 | 369.24 | FITW | 274.43 | 1839.76 | | | |
| SUBSTIT | | | 65.00 | 130.00 | SITW | 96.58 | 655.11 | | | |
| Total Wages | | | 2065.00 | 14130.00 | LITW | 60.82 | 413.09 | | | |
| TOTALS | | | 2065.00 | 14130.00 | | 589.80 | 3988.90 | | 0.00 | 0.00 |
| NETPAY | | | 1475.20 | 10141.10 | Memo SD 5 Hs | | | | | |

**BIG APPLE INSTITUTE INC.**

| CHECK NO. | SOCIAL SECURITY NO. | EMPLOYEE NAME | NUMBER | 00591 | STATUS F S 01 S 01/01 | DEPT/CLASS | DATE |
|---|---|---|---|---|---|---|---|
| 346391 | ███████ | KRISTIANA SAVELLI | | | | BJE | 12/29/2016 |

| EARNINGS ||||| TAXES ||| MISCELLANEOUS DEDUCTIONS |||
|---|---|---|---|---|---|---|---|---|---|---|
| TYPE | $/hr | hrs | CURRENT | YTD | TYPE | CURRENT | YTD | TYPE | CURRENT | YTD |
| Gross Wages | | | 0.00 | 0.00 | MCWH | 29.00 | 233.88 | | | |
| ST | | | 2000.00 | 15630.76 | SSWH | 124.00 | 1000.06 | | | |
| SICKDAY | | | 0.00 | 369.24 | FITW | 258.18 | 2097.94 | | | |
| SUBSTIT | | | 0.00 | 130.00 | SITW | 92.39 | 747.50 | | | |
| Total Wages | | | 2000.00 | 16130.00 | LITW | 58.29 | 471.38 | | | |
| TOTALS | | | 2000.00 | 16130.00 | | 561.86 | 4550.76 | | 0.00 | 0.00 |
| NETPAY | | | 1438.14 | 11579.24 | | | | | | |

**BIG APPLE INSTITUTE INC.**

| CHECK NO. | SOCIAL SECURITY NO. | EMPLOYEE NAME | NUMBER | 00591 | STATUS F S 01 S 01/01 | DEPT/CLASS BJF | DATE 11/15/2016 |
|---|---|---|---|---|---|---|---|
| 346023 | ███████ | KRISTIANA SAVELLI | | | | | |

| EARNINGS |||| TAXES ||| MISCELLANEOUS DEDUCTIONS |||
|---|---|---|---|---|---|---|---|---|---|
| TYPE | $/hr | hrs | CURRENT | YTD | TYPE | CURRENT | YTD | TYPE | CURRENT | YTD |
| Gross Wages | | | 0.00 | 0.00 | MCWH | 29.00 | 145.94 | | | |
| ST | | | 1815.38 | 9815.38 | SSWH | 124.00 | 624.02 | | | |
| SICKDAY | | | 184.62 | 184.62 | FITW | 258.18 | 1307.15 | | | |
| SUBSTIT | | | 0.00 | 65.00 | SITW | 92.49 | 466.14 | | | |
| Total Wages | | | 2000.00 | 10065.00 | LITW | 58.29 | 293.98 | | | |
| TOTALS | | | 2000.00 | 10065.00 | | 561.96 | 2837.24 | | 0.00 | 0.00 |
| NETPAY | | | 1498.14 | 7227.76 | Memo: SD | | | | | |

---

**BIG APPLE INSTITUTE INC.**

| CHECK NO. | SOCIAL SECURITY NO. | EMPLOYEE NAME | NUMBER | 00591 | STATUS F S 01 S 01/01 | DEPT/CLASS BJF | DATE 11/30/2015 |
|---|---|---|---|---|---|---|---|
| 346150 | ███████ | KRISTIANA SAVELLI | | | | | |

| EARNINGS |||| TAXES ||| MISCELLANEOUS DEDUCTIONS |||
|---|---|---|---|---|---|---|---|---|---|
| TYPE | $/hr | hrs | CURRENT | YTD | TYPE | CURRENT | YTD | TYPE | CURRENT | YTD |
| Gross Wages | | | 0.00 | 0.00 | MCWH | 29.00 | 174.94 | | | |
| ST | | | 2000.00 | 11815.38 | SSWH | 124.00 | 748.02 | | | |
| SICKDAY | | | 0.00 | 184.62 | FITW | 258.18 | 1565.33 | | | |
| SUBSTIT | | | 0.00 | 65.00 | SITW | 92.49 | 558.63 | | | |
| Total Wages | | | 2000.00 | 12065.00 | LITW | 58.29 | 352.27 | | | |
| TOTALS | | | 2000.00 | 12065.00 | | 561.96 | 3399.20 | | 0.00 | 0.00 |
| NETPAY | | | 1438.04 | 8665.80 | | | | | | |